(129 So. 714)

### Burt GUFF v. STATE.

7 Div. 690.

Court of Appeals of Alabama.
June 30, 1930.

Frank B. Embry, of Pell City, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.

Affirmed on authority of Higginbotham v. State, ante, p. 40, 129 So. 713.